UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CR No. |
| v. | Previous Case No.: 21-MJ-00006 |
| **FONJECK ERIC AZOH,** | |
| Defendant. | **VIOLATION:** 18 U.S.C. § 1343 (Wire Fraud) |
| | **FORFEITURE:** 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(p) |

## INFORMATION

The United States Attorney charges that, at times relevant to the charged offense,

### COUNT ONE
### (Wire Fraud)

1. Defendant FONJECK ERIC AZOH resided in Mount Rainier, Maryland.

2. Walmart, Inc., is one of the largest retailers in the world. Walmart operates a money service business called "Walmart2Walmart" which provides a low cost means for customers to send and receive cash from any of Walmart's 4,700 U.S. stores. Walmart provides this service through a collaboration with well-established money transfer businesses, MoneyGram and Ria.

3. Between in or about January 2019 and continuing thereafter until in or about October 2020, in the District of Columbia and elsewhere, FONJECK ERIC AZOH offered pit-bull puppies for sale on the internet using various websites.

4. AZOH agreed to sell puppies to his victims living throughout the United States even though AZOH never intended to deliver the agreed-upon puppy to the victims.

5. AZOH created bogus online aliases, email addresses, and social media accounts so that he could communicate with the victims.

6. AZOH directed victims to send money to him through money transfer businesses like MoneyGram and Ria which AZOH could collect at Walmart stores located in the District of Columbia and elsewhere.

7. After AZOH had collected an initial up-front payment from the victims, AZOH would tell the victims that the victims should send more money to AZOH to cover purported costs and expenses, which were fraudulent.

8. AZOH collected the proceeds of the scheme via MoneyGram and Ria transfers at Walmart stores located in the District of Columbia and elsewhere.

9. On or about the following dates within the District of Columbia and elsewhere AZOH, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, transmitted and caused to be transmitted and aided and abetted the transmission by means of wire, radio, and television communication in interstate and foreign commerce writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice:

| DATE | TRANSMISSION IN INTERSTATE AND FOREIGN COMMERCE |
| --- | --- |
| March 18, 2020 | Money transfer from a victim of the scheme to AZOH in the District of Columbia in the amount of $870. |
| March 21, 2020 | Money transfer from a victim of the scheme to AZOH in the District of Columbia in the amount of $1,200 |

| DATE | TRANSMISSION IN INTERSTATE AND FOREIGN COMMERCE |
|---|---|
| March 22, 2020 | Money transfer from a victim of the scheme to AZOH in the District of Columbia in the amount of $610 |
| March 13, 2020 | Money transfer from a victim of the scheme to AZOH in the District of Columbia in the amount of $570 |
| May 22, 2020 | Money transfer from a victim of the scheme to AZOH in the District of Columbia in the amount of $830 |
| May 24, 2020 | Money transfer from a victim of the scheme to AZOH in the District of Columbia in the amount of $500 |
| June 13, 2020 | Money transfer from a victim of the scheme to AZOH in the District of Columbia in the amount of $835 |
| July 15, 2020 | Money transfer from a victim of the scheme to AZOH in the District of Columbia in the amount of $950 |
| July 25, 2020 | Money transfer from a victim of the scheme to AZOH in the District of Columbia in the amount of $500 |
| August 1, 2020 | Money transfer from a victim of the scheme to AZOH in the District of Columbia in the amount of $580 |
| August 18, 2020 | Money transfer from a victim of the scheme to AZOH in the District of Columbia in the amount of $490 |
| August 18, 2020 | Money transfer from a victim of the scheme to AZOH in the District of Columbia in the amount of $400 |

| DATE | TRANSMISSION IN INTERSTATE AND FOREIGN COMMERCE |
|---|---|
| August 21, 2020 | Money transfer from a victim of the scheme to AZOH in the District of Columbia in the amount of $260 |
| August 22, 2020 | Money transfer from a victim of the scheme to AZOH in the District of Columbia in the amount of $900 |

**(Wire Fraud in violation of 18 U.S.C. § 1343; Aiding and Abetting, Causing an Act to be Done in violation of 18 U.S.C. § 2)**

### FOREFEITURE ALLEGATION

10. Paragraphs 1 through 9 of this Information are re-alleged for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

11. Upon conviction of Wire Fraud in violation of Title 18, United States Code, Sections 1343 set forth in Count One of this Information the defendant, FONJECK ERIC AZOH, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense(s). The property to be forfeited includes, but is not limited to, the following:

   a. $43,000 in U.S. currency recovered by Customs and Border Protection on or about October 5, 2020;

   b. $23,000 in U.S. currency recovered by Homeland Security Investigations on November 19, 2020; and

    c. Money Judgment in the amount of $92,000.

12. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

**(Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p))**

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

By: *[signature]*
JOHN W. BORCHERT (Bar No. 472824)
Assistant United States Attorney
Fraud Section
555 Fourth Street, NW
Washington, D.C. 20530
(202) 252-7679
john.borchert@usdoj.gov

June 16, 2021